IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CANAL INSURANCE COMPANY; | Civ. No. 6:23-cv-00875-AA |
| Plaintiff, | **OPINION & ORDER** |
| v. | |
| ATLANTIS VAN LINES, INC.; RAME MASARWE; MOHAMMED A. ALKHEWANI, | |
| Defendants. | |

AIKEN, District Judge.

This case comes before the Court on Motions for Entry of Default filed by Plaintiff Canal Insurance Company ("Canal") against Defendants Atlantis Van Lines, Inc. ("Atlantis") and Rame Masarwe. ECF Nos. 25, 27.

In the Court's Opinion and Order of July 30, 2024, ECF No. 35, the Court stayed this case with respect to Masarwe pending resolution of the underlying action, *Alkhewani v. Atlantis Van Lines, Inc. et al.*, 6:21-cv-01558-MC. As the case against Masarwe is stayed, entry of default against Masarwe is premature. Canal's Motion for Entry of Default against Masarwe is DENIED with leave to refile after the stay is lifted.

In the concurrently filed Opinion and Order, the Court dismissed the claims in the FAC with respect to Defendant Atlantis Van Lines, Inc. without further leave to amend. Canal's motion for entry of default against Atlantis is therefore DENIED as MOOT.

It is so ORDERED and DATED this ___28th___ day of March 2025.

/s/Ann Aiken
ANN AIKEN
United States District Judge